FREDA GATES POZEFSKY, Appellant, v RICHARD T. AULISI et al., Respondents, et al., Defendants.

Submitted December 5, 2011; decided February 9, 2012

Reported below, 79 AD3d 467; 2011 NY Slip Op 62755(U).

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).